IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK RANDOLPH
ADC # 100542                                                                PETITIONER

v.                          No. 5:12-cv-138-DPM-HDY

RAY HOBBS, Director, Arkansas
Department of Correction                                                    RESPONDENT

## ORDER

Habeas corpus relief is available to one who "is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). The Court has been notified that Randolph has died. *Document No. 19*. His petition for writ of habeas corpus, *Document No. 2*, is therefore dismissed. All other pending motions are denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 August 2012