# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**FRANK RANDOLPH**
**ADC # 100542**                                          **PETITIONER**

v.                            **No. 5:12-cv-138-DPM**

**RAY HOBBS, Director, Arkansas**
**Department of Correction**                              **RESPONDENT**

## JUDGMENT

Randolph's petition for writ of habeas corpus, *Document No. 2*, is

dismissed.


_____
D.P. Marshall Jr.
United States District Judge

13 August 2012